IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DOROTHEA MOORE o/b/o
J.L.S.                                                                                          PLAINTIFF

v.                          CIVIL NO. 05-6066

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                    DEFENDANT

## O R D E R

For reasons stated in a memorandum opinion of this date, we hereby grant plaintiff's motions and remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 15th day of May 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE